United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO: Judge Matthew W. McFarland; Magistrate Judge Karen L. Litkovitz

FROM: Emily Hiltz, Case Administrator

DATE: 1/7/2026

SUBJECT: Case Caption: Holmes v. Landings at Beckett Ridge, Hilss Properties, LLC et al

CASE: Case Number: Doc. 1:26-cv-15 1

DISTRICT JUDGE: Matthew W. McFarland

File Date: 1/7/2026

This memorandum is to notify you that the Civil Cover Sheet in the above referenced case references the following potentially related cases:

**Related Case:**

Case Caption: Holmes v. Warren County Metropolitan Housing Authority

Case Number: Doc. 1:25-cv-937 1          District Judge: Jeffery P. Hopkins

File Date: 12/16/2025          Magistrate Judge: Stephanie K. Bowman

**Related Case(s):**

Case Caption:

Case Number:          District Judge:

File Date:          Magistrate Judge:

Memo Re: Related Civil Cases
Page

The District Judges having conferred, we respond to Case Administrator __Emily Hiltz__
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☑ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge __Hopkins__

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____
*[signature: Matthew W. McFarland]*
United States District Judge

_____
*[signature: Jeffery P. Hopkins]*
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*