IN THE UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF OHIO

| | |
|---|---|
| ROSALIND HOLMES<br>Plaintiff - Plaintiff<br><br>vs<br><br>WARREN COUNTY METROPOLITAN<br>HOUSING AUTHORITY<br><br>Defendant | ) CASE NUMBER: 1:25-cv-00937<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S EMERGENCY MOTION TO COMPEL EXPEDITED RESPONSE FROM DEFENDANT WMHA AND TO SET PROMPT SCHEDULE FOR RESOLUTION OF PENDING TRO/PI**

Plaintiff **Rosalind Holmes**, proceeding pro se, respectfully moves the Court for an order compelling Defendant **Warren County Metropolitan Housing Authority ("WMHA")** to file an expedited response to Plaintiff's pending motions for Temporary Restraining Order and Preliminary Injunctive Relief and for the Court to set a prompt schedule for final resolution of those motions. This motion is brought pursuant to **Federal Rule of Civil Procedure 65**, the Court's inherent authority to manage its docket, and principles of equity where ongoing irreparable harm is alleged.

## I. CURRENT CONDITIONS AND IRREPARABLE HARM

1. Ms. Holmes has been **sleeping in her vehicle for over thirty (30) days**, without adequate rest, food, water, or stability.

2. Because she has been unlawfully denied public housing, Ms. Holmes is **unable to become gainfully employed**. Employers require sleep, hygiene, safety, and a stable address. Continued homelessness forecloses any realistic opportunity to mitigate harm through work.

3. Ms. Holmes suffers from **sciatica, low-back pain, and other medical conditions**, which are exacerbated by sleeping in a vehicle and prolonged exposure without rest.

4. While representatives of WMHA, Warren County officials, and private landlords are able to return home nightly to safe housing and beds, Ms. Holmes has been **deprived of the basic human ability to go home and rest** for an extended and worsening period.

1

5. Each additional day of delay compounds harm that **cannot be remedied retroactively**, rendering injunctive relief meaningless if not addressed promptly.

## II. PATTERN AND PRACTICE ALLEGATIONS SUPPORTING EXPEDITED CONSIDERATION

6. Plaintiff alleges a **six-year continuous pattern and practice** of FHA and ADA housing discrimination by WMHA and private landlord defendants, including denial of reasonable accommodations and retaliatory exclusion from housing opportunities.

7. These alleged violations have gone unchecked and have directly contributed to Plaintiff's prolonged homelessness and dependence on emergency judicial intervention.

8. Plaintiff does **not** ask the Court to adjudicate liability at this stage. She seeks only **procedural expedition** so that her emergency motions can be fairly and timely addressed.

## III. REQUEST FOR EXPEDITED RESPONSE AND SCHEDULE

9. In all fairness and equity, Defendant WMHA should be required to **respond within twenty-four (24) to forty-eight (48) hours** to Plaintiff's pending TRO/PI motions.

10. Plaintiff further respectfully requests that the Court set a **prompt schedule for final resolution** of the TRO/PI, such that the Court's ruling issues **no later than January 20, 2026**, absent extraordinary circumstances.

11. This request does not seek to deprive Defendants of due process. It seeks to prevent **procedural delay from operating as a denial of relief** in the face of ongoing irreparable harm.

## IV. RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

1. **Order Defendant WMHA to file a response within 24–48 hours** to Plaintiff's pending motions for Temporary Restraining Order and Preliminary Injunctive Relief;

2. **Set a prompt briefing and resolution schedule** for the TRO/PI motions; and

3. Grant such other and further relief as equity requires to preserve Plaintiff's ability to pursue her legal rights meaningfully.

## V. CONCLUSION

2

Ms. Holmes brings this motion in good faith and under extreme circumstances. Continued delay is unfair and prejudicial, given the deprivation of shelter, rest, food, water, and the ability to work. Prompt procedural action is now necessary to ensure that the Court's ultimate decision—whatever it may be—remains effective and just.

Respectfully submitted,

*/s/ Rosalind Holmes*

**Rosalind Holmes**
Currently Homeless
513-306-8837
Holmesrrh48@gmail.com
**Date: January 14, 2026**

**Rosalind R. Holmes**
📅 1/26/2024  📍 The Christ Hospital Medical Center Emergency Department - Liberty 513-648-7836

## Instructions

Stop taking the prescribe Robaxin. Alternativey you may try the muscle relaxer Norflex (orphenadrine). This medication can make you sleepy, especially when combined with other pain medications. Use it with caution.

You may take naproxen for pain. Take this medication with food.

You may take Norco for breakthrough pain. This medication can make you sleepy and can cause constipation. Use it with caution.

You were given Decadron in the emergency department. This is an intermediate lasting steroid. If the steroid medication is helping, you can continue with oral steroids called Prednisone. You were given a prescription for this medication to continue for a total of 5 days. This medication should start on Sunday.

Capsaicin is a topical medication that you can trial for muscle and joint pain. Do not get it in your eyes or in your genital region.

On Monday you should call to follow up with your orthopedist and your spine doctor.



Your medications have changed

START taking
**Capsaicin HP (Capzasin HP)**

## Today's Visit
You were seen by William Breeding, MD

Reason for Visit
- Insomnia
- Back Pain

Diagnoses
- **Acute exacerbation of chronic low back pain**
- Insomnia, unspecified type
- Sciatic leg pain

🧪 Lab Tests Completed
BETA HCG QUALITATIVE, URINE
URINALYSIS WITH REFLEX TO CULTURE
URINE CULTURE TUBE COLLECTION

💊 Medications Given
dexAMETHasone (DECADRON) Last given 1/27/2024 12:54 AM
naproxen (NAPROSYN) Last given 1/27/2024 12:53 AM
oxyCODONE-acetaminophen (Percocet) Last given 1/27/2024 12:53 AM

🩸 Blood    🌡 Temperature

## Emergency Department - Nov 19, 2024
at BAPTIST HEALTH HARDIN EMERGENCY ROOM

 Notes from Care Team

## ED Provider Notes
Nick Lepora at 11/20/24 0230

| | | |
|---|---|---|
| Author: Nick Lepora | Service: Emergency Medicine | Author Type: Physician |
| Filed: 11/20/24 0230 | Date of Service: 11/19/24 2045 | Creation Time: 11/19/24 2045 |
| Status: Signed | Editor: Nick Lepora (Physician) | |

Related Notes: Original Note by Cameron Buckman (Physician Assistant) filed at 11/20/24 0222

**Time: 8:45 PM EST**
**Date of encounter: 11/19/2024**
**Independent Historian/Clinical History and Information was obtained by:**
Patient

**History is limited by: N/A**

**Chief Complaint**
Patient presents with
- Back Pain

**History of Present Illness:**
Patient is a 45 y.o. year old female who presents to the emergency department for evaluation of back pain, pelvic pain. States that she has had chronic issues with her back. She also has history of pelvic floor disease. She was seen in our ED last night. She states that her medications were given to her are not providing any relief. She has noticed large amounts of blood in her urine. She did not get any abdominal scans last night. Denies any nausea, vomiting. Hx of

111             Sealed Court Record             111

## AFTER VISIT SUMMARY


The Christ Hospital
Health Network

**Rosalind R. Holmes** 11/29/2024  The Christ Hospital Emergency Department - Liberty Township 513-648-7836

### Instructions

 Your medications have changed
  START taking:
  **methylPREDNISolone (MEDROL)**
  **oxyCODONE-acetaminophen (PERCOCET)**
  Review your updated medication list below.

 Read the attached information
**Chronic Back Pain  Easy-to-Read (English)**

 Pick up these medications from any pharmacy with your printed prescription
methylPREDNISolone • oxyCODONE-acetaminophen

### Today's Visit

You were seen by Wieslaw Mostowy, MD

**Reason for Visit**
Back Pain

**Diagnosis**
Acute exacerbation of chronic low back pain

 **Medications Given**
predniSONE (DELTASONE) Last given at 10:43 PM

traMADol (ULTRAM) Last given at 10:43 PM

 Blood Pressure
**155/88**

 Temperature (Oral)
**98.6 °F**

 Pulse
**94**

 Respiration
**16**

 Oxygen Saturation
**100%**

# AFTER VISIT SUMMARY


The Christ Hospital Health Network

**Rosalind R. Holmes**  CEID: CHR-G29T-9TN7-WGK9

📅 11/2/2025   📍 The Christ Hospital Emergency Department - Liberty Township 513-648-7836

## Instructions
Your personalized instructions can be found at the end of this document.

 **Your medications have changed**

🔵 START taking:
**cephALEXin** (KEFLEX)
**hyoscyamine** (LEVSIN/SL)
**phenazopyridine** (PYRIDIUM)

Review your updated medication list below.

 **Read the attached information**
1. Interstitial Cystitis (English)
2. Managing Your Hypertension (English)
3. Urinary Incontinence in Females: How to Manage (English)
4. Urinary Tract Infection  Female (English)

 **Pick up these medications at CVS/pharmacy #2342 - WEST CHESTER, OH 7217 CINCINNATI-DAYTON ROAD CORNER OF HAMILTON-MASON ROAD 45069 513-759-3301 513-759-5752**
cephALEXin • hyoscyamine • phenazopyridine

Address:    7217 CINCINNATI-DAYTON ROAD, WEST CHESTER OH 45069
Phone:      513-759-3301

 **Schedule an appointment with The Christ Hospital Physicians - Urogynecology, Liberty as soon as possible for a visit in 3 days (around 11/5/2025)**
Why: **Follow up with Dr. Stachowicz**
Specialty: **Female Pelvic Medicine and Reconstructive Surgery**
Contact: **6939 Cox Rd.**
         **Suite 271**
         **Liberty Township Ohio 45069-7595**
         **513-463-2500**
6939 Cox Rd., Suite 271
Liberty Township, OH 45069-7595
Phone: 513-463-2500
Fax: 513-463-2510

 **Follow up with Stachowicz, Anne M., MD**
Specialty: **Urogynecology, Gynecology, Female Pelvic Medicine and Reconstructive Surgery**
Contact: **7450 S Mason Montgomery Rd**
         **Suite 201**
         **Mason OH 45040**
         **513-463-2500**

---

Rosalind R. Holmes (MRN: 04014476) • Printed at 11/3/2025 12:01 AM                        Page 1 of 23  

## Today's Visit

You were seen by David Guerriero, MD

Reason for Visit
- Back Pain
- Flank Pain

Diagnoses
- **Inflammation of bladder**
- Urinary urgency
- Urinary incontinence, unspecified type
- Rectovaginal fistula
- High blood pressure not at goal
- Degeneration of intervertebral disc of lumbar region with discogenic back pain
- Obesity (BMI 30-39.9)

Lab Tests Completed
CBC WITH DIFFERENTIAL
COMPREHENSIVE METABOLIC PANEL
DIFFERENTIAL
LIPASE
REFLEX TUBE FOR URINE CULTURE IF NEEDED
URINALYSIS WITH REFLEX TO CULTURE

Imaging Tests
CT-ABDOMEN & PELVIS WO CONTRAST

Medications Given
carvediloL (COREG) Last given at 11:56 PM
cephALEXin (KEFLEX) Last given at 11:56 PM
dicyclomine (BENTYL) Last given at 11:56 PM
losartan (COZAAR) Last given at 11:56 PM
phenazopyridine (PYRIDIUM) Last given at 11:55 PM

 Blood Pressure **196/100**   Temperature (Oral) **98.1 °F**   Pulse **89**   Respiration **16**

 Oxygen Saturation **100%**

## What's Next

You currently have no upcoming appointments scheduled.

## You were seen by

Guerriero, David J, MD