UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROSALIND HOLMES,

    Plaintiff,

    v.

WARREN COUNTY METROPOLITAN
HOUSING AUTHORITY,

    Defendants.

Case No. 1:25-cv-937

Hopkins, J.
Bowman, M.J.

### ORDER

This matter is before the Court on plaintiff's "emergency motion for PACER fee exemption/hardship access" and attachment thereto. (Doc. 4, Ex. A). Plaintiff seeks an exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that plaintiff is indigent and falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, plaintiff has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, plaintiff shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of *Holmes v. Warren County Metropolitan Housing Authority*, Case No. 1:25-cv-937 (S.D. Ohio).

Plaintiff shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system. To the extent plaintiff may be seeking an exemption in other cases pending in this Court, she must make a separate application for an exemption for PACER fees in each case.

Additionally, the following limitations apply:

1. This fee exemption applies only to Plaintiff and is valid only for the purposes stated above;

2. This fee exemption applies only to the electronic case files of this court that are available through the PACER system;

3. By accepting this exemption, Plaintiff agrees not to sell for profit any data obtained as a result of receiving this exemption;

4. Plaintiff is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet based databases;

5. This exemption is valid from January 12, 2026 until 6 months from the date of this Order. Plaintiff shall file a renewed motion at least fourteen (14) days prior to the expiration of this Order if she wishes to extend this exemption.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

**IT IS SO ORDERED.**

 *s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge